IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **MARIA RENDON VALE** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CIVIL ACTION NO. 7:15-cv-00072 |
| § | JURY DEMANDED |
| **COMPANION PROPERTY** § | |
| **AND CASUALTY INSURANCE** § | |
| **COMPANY** § | |
| § | |
| **Defendant** § | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFF

Plaintiff and Defendant Companion Property and Casualty Insurance Company filed this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Maria Rendon Vale, Defendant is Companion Property and Casualty Insurance Company.

2. On December 30, 2014, Plaintiff sued Defendant in the 93rd Judicial District Court, Hidalgo County, Texas, Cause No. C-8909-14-B.  On February 16, 2015 Companion Property and Casualty Insurance Company filed its Original Answer.  On February 16, 2015, Companion Property and Casualty Insurance Company filed its Notice of Removal.

3. On or about May 5, 2015, the parties settled this case.  As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled.  Plaintiff now moves to dismiss the suit.

4. Defendant agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted

By: ___/s/Thomas F. Nye_____
Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
Attorney-in-charge
tnye@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
717 Everhart Road, Suite A
Corpus Christi, Texas 78411
Telephone: (361) 654-7008
Fax: (361) 654-7001

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com


GAULT, NYE & QUINTANA, L.L.P.
717 Everhart Road, Suite A
Corpus Christi, Texas 78411
Telephone: (361) 654-7008
Fax: (361)654-7001

Mikell A. West
State Bar No. 24070832
Southern Dist. No. 1563058
mwest@gnqlawyers.com

**ATTORNEYS FOR DEFENDANT,
COMPANION PROPERTY AND
CASUALTY INSURANCE COMPANY**

By:    */s/Aloysius Peter Thaddeus, Jr.\**
Aloysius Peter Thaddeus, Jr.
State Bar No. 19819500
Southern Dist. No. 0793
peter@vgonzalezlaw.com
Pape Malick Djiba
State Bar No. 24087430
mdjiba@vgonzalezlaw.com
Vicente Gonzalez
State Bar No. 00798215
V. Gonzalez & Associates, P.C.
121 N. 10th St.
McAllen, Texas 78501

**COUNSEL FOR PLAINTIFF,**
**MARIA RENDON VALE**
*\*Signed with permission*

## CERTIFICATE OF SERVICE

    I certify that on June 16, 2015, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiff, Maria Rendon Vale, via electronic filing or regular mail:

Aloysius Peter Thaddeus, Jr.
Pape Malick Djiba
Vicente Gonzalez
V. Gonzalez & Associates, P.C.
Email: peter@vgonzalezlaw.com
       mdjiba@vgonzalezlaw.com

**VIA E-FILING**

    /s/Thomas F. Nye
Thomas F. Nye